```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar #214897
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MORDECHAY ALTIT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-12-00389 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME AS TO MORDECHAY ALTIT ONLY |
| MORDECHAY ALTIT, | |
| Defendant. | Date: May 2, 2013<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through LEE SAARA BICKLEY, Assistant U.S. Attorney, and defendant, MORDECHAY ALTIT, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, March 14, 2013, be continued to Thursday, May 2, 2013 at 9:00 a.m. as to MORDECHAY ALTIT only.

This continuance is requested to allow defense counsel additional time to prepare, to conduct ongoing investigation of the facts, and to work toward resolution of this case.

/ / /

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 2, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 11, 2013　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JOSEPH SCHLESINGER
　　　　　　　　　　　　　　　　　　　Acting Federal Defender


　　　　　　　　　　　　　　　　　　　/s/ Benjamin Galloway
　　　　　　　　　　　　　　　　　　　BENJAMIN GALLOWAY
　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　MORDECHAY ALTIT


DATED: March 11, 2013　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　/s/ Benjamin Galloway for
　　　　　　　　　　　　　　　　　　　LEE SAARA BICKLEY
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in

1 | a speedy trial.

2 | The Court orders that the March 14, 2013 status conference shall be continued until May 2, 2013 at 9:00 a.m. as to defendant MORDECHAY ALTIT, and that the time from the date of the parties stipulation, up to and including May 2, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).

IT IS ORDERED.

Dated: March 13, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE