**Mark J. Werksman, Esq. (State Bar No. 120767)**
**LAW OFFICES OF MARK J. WERKSMAN**
888 West Sixth Street, Fourth Floor
Los Angeles, California 90017
Telephone: (213) 688-0460
Facsimile: (213) 624-1942
Email: mwerksman@werksmanlaw.com

**Attorneys for Defendant**
SHAY DIN ALTIT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHAY DIN ALTIT,<br><br>    Defendants. | Case No. 2:12-CR-0389 MCE<br><br>**ORDER TO ALLOW DEFENDANT SHAY ALTIT TO TRAVEL TO THAILAND FOR WORK** |

IN CONSIDERATION OF THE CONDITIONS STIPULATED AND AGREED to by Defendant Shay Altit, by and through his counsel of record, the Law Offices of Mark J. Werksman, and the United States of America, by and through Assistant United States Attorney Lee Bickley, defendant Altit shall be allowed to travel to Thailand for business purposes on two separate occasions: from April 20, 2013 through April 27, 2013; and from June 22, 2013 through July 6, 2013.

IT IS SO ORDERED

DATED: April 10, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE