**Mark J. Werksman, Esq. (State Bar No. 120767)**
**LAW OFFICES OF MARK J. WERKSMAN**
**888 West Sixth Street, Fourth Floor**
**Los Angeles, California 90017**
**Telephone: (213) 688-0460**
**Facsimile: (213) 624-1942**
**Email: mwerksman@werksmanlaw.com**

**Attorneys for Defendant**
SHAY DIN ALTIT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SHAY DIN ALTIT,<br><br>　　　　Defendants. | Case No. 2:12-CR-0389 MCE<br><br>**ORDER TO ALLOW DEFENDANT SHAY ALTIT TO TRAVEL TO THAILAND FOR WORK** |

IN CONSIDERATION OF THE CONDITIONS STIPULATED AND AGREED to by Defendant Shay Altit, by and through his counsel of record, the Law Offices of Mark J. Werksman, and the United States of America, by and through Assistant United States Attorney Lee Bickley, defendant Altit shall be allowed to travel to Thailand for business purposes on two separate occasions: from April 20, 2013 through April 27, 2013; and from June 22, 2013 through July 6, 2013.

IT IS FURTHER STIPULATED AND AGREED as follows: that Mr. Altit shall provide to the Pre-Trial Services office a detailed itinerary of his travel plans to and from and within Thailand no later than one week prior to his departure on

each trip; that the Pre-Trial Services in Sacramento shall forthwith transmit Mr. Altit's passport to the Pre-Trial Services Office in Los Angeles, which is currently supervising Mr. Altit; that Mr. Altit's passport shall be returned to him by the Los Angeles Pre-Trial Services office no later than two (2) court days prior to his departure to Thailand for each trip; and that Mr. Altit shall check in with his Pre-Trial Officer and return his passport to the Pre-Trial Services office within one court day of returning to Los Angeles.

All other terms and conditions of Mr. Altit's supervision shall remain in full force and effect.

IT IS SO ORDERED.

DATED: April 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE